Entered on Docket March 18, 2015

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Carlos Ferreira and Rosemary Ferreira,<br><br>               Debtors. | Chapter 11<br><br>Case No. 10-23638 - KAO<br><br>Adversary No. 11-02018-KAO |
| Carlos Ferreira and Rosemary Ferreira,<br><br>               Plaintiffs.<br><br>   v.<br><br>H&C Internationale and Ann Beeman Architects.<br><br>             Defendants. | ORDER OF DISMISSAL |

      THIS MATTER having come before the Court upon the Motion for an Order of Dismissal ("Motion") and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the matter, it is now therefore

      ORDERED, ADJUDGED and DECREED that the above captioned matter is dismissed with prejudice and without cost.

// END OF ORDER //

ORDER OF DISMISSAL

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH, STE 200
SEATTLE, WASHINGTON 98334
telephone (206) 3300595
fax (206) 400-7609

Presented by:

HENRY, DEGRAAFF & MCCORMICK, P.S

*/s/ Christina L. Henry*
Christina L. Henry, WSBA# 31273

ORDER OF DISMISSAL

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH, STE 200
SEATTLE, WASHINGTON 98334
telephone (206) 3300595
fax (206) 400-7609

Case 11-02018-KAO   Doc 22   Filed 03/18/15   Ent. 03/18/15 12:20:00   Pg. 2 of 2